Francis **AKINRO**, Plaintiff—Appellant,

v.

**RAMADA LIMITED; Inglewood Police Department; UCLA–Harbor Medical; Superior Court of Inglewood, et al., Defendants—Appellees.**

No. 10–1695.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 19, 2010.

Decided: Aug. 27, 2010.

Francis Akinro, Appellant Pro Se.

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akinro v. Ramada Ltd.*, No. 1:10–cv–01394–WMN, 2010 WL 2302335 (D. Md. June 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*